**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **)** |
| | **)** |
| | **)**   Criminal No. 1:21-MJ-00269-GMH-1 |
| v. | **)** |
| | **)** |
| **FEDERICO GUILLERMO KLEIN**, | **)** |
| | **)** |
| Defendant. | **)** |
| | **)** |

**ENTRY OF APPEARANCE OF COUNSEL**

Notice is hereby given that Stanley E. Woodward, Jr. of the law firm Brand Woodward

Law, enters his appearance as counsel for Defendant Federico Guillermo Klein.

Dated: March 7, 2021                Respectfully submitted,

                         _/s/ Stanley E. Woodward, Jr._
                        Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
                        BRAND WOODWARD, ATTORNEYS AT LAW
                        1808 Park Road NW
                        Washington, DC  20010
                        202-996-7447 (telephone)
                        202-996-0113 (facsimile)
                        Stanley@BrandWoodwardLaw.com

                        *Counsel for Defendant Federico Guillermo Klein*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** **)** | |
| **)** | |
| **)** | Criminal No. 1:21-MJ-00269-GMH-1 |
| v.                    **)** | |
| **)** | |
| **FEDERICO GUILLERMO KLEIN,**    **)** | |
| **)** | |
| Defendant.          **)** | |
| **)** | |

**CERTIFICATE OF SERVICE**

On March 7, 2021, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to the following registered parties:

Kimberley Charlene Nielsen
U.S. Attorney's Office
555 4th Street, Northwest
Room 9913
Washington, District of Columbia  20532

            /s/ Stanley E. Woodward, Jr.
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD, ATTORNEYS AT LAW
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Federico Guillermo Klein*